IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAWIONE LAMAR ROBERTS,

    *Petitioner,*

v.

DEREK OBERLANDER, et al.,

    *Respondents.*

CIVIL ACTION
NO. 21-1790

**PAPPERT, J.**                                                                                                May 4, 2022

## ORDER

**AND NOW**, this 4th day of May 2022, upon consideration of the state court record, Dawione Roberts's Petition for a Writ of Habeas Corpus (ECF 1) and Motion to Stay Proceedings (ECF 3), Magistrate Judge Timothy Rice's Report and Recommendation (ECF 10), and Roberts's subsequent filings, including Motions under Federal Rules of Civil Procedure 60(b) and 59(e) (ECF 13–15, 17–18), it is hereby **ORDERED** that:

1. To the extent Roberts objects to Judge Rice's R&R, his objections are **OVERRULED**;

2. The R&R is **APPROVED** and **ADOPTED**;

3. Roberts's Petition is **DISMISSED** with prejudice;

4. A Certificate of Appealability **SHALL NOT ISSUE**;

5. Roberts's Motions are **DENIED**;

6. Judgment is entered in favor of Respondents denying Roberts habeas relief; and

7. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.